UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CARMEN DONELSON and DOUGLAS DONELSON, wife and husband,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PROVIDENCE HEALTH & SERVICES - WASHINGTON d/b/a PROVIDENCE HEALTH CARE and d/b/a ST. JOSEPH CARE CENTER,<br><br>        Defendant. | CV-10-157-EFS<br><br>**ORDER DISMISSING ACTION AND CLOSING FILE** |

This matter comes before the Court on the parties' Stipulation of Dismissal. ECF No. 77. The parties inform the Court that a settlement has been reached and that this matter may be dismissed with prejudice and with each party to bear its own costs and attorneys fees.

Accordingly, based on the stipulation of the parties, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 77**, is **GRANTED**. This case is **DISMISSED with prejudice** and without an award of costs or fees to either party.

2. This file shall be **CLOSED**.

ORDER ~ 1

3. All pending motions are **DENIED as moot**. All hearings are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this   9th   day of January 2012.


                          s/Edward F. Shea
                         EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2010\157.stip.dismiss.lc2.wpd

ORDER ~ 2